Case 3:10-cv-01939-RNC   Document 1   Filed 12/10/10   Page 1 of 18

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

KIMBERLY COLLINS,

    Plaintiff,

v.                                                              Case No.

NATIONWIDE CREDIT, INC.,

    Defendant.                                        December 6, 2010

## NOTICE OF REMOVAL

Defendant, Nationwide Credit, Inc. ("NCI"), files this Notice of Removal of this action from the State of Connecticut Superior Court, Judicial District of Stamford/Norwalk at Stamford, wherein it is pending, to the United States District Court for the District of Connecticut. As grounds for the removal of this action, NCI states as follows:

### I. INTRODUCTION

1.    This action was commenced against NCI in the State of Connecticut Superior Court, Judicial District of Stamford/Norwalk at Stamford, Connecticut, by Complaint dated November 18, 2010 and returnable on December 21, 2010. As of this date, no docket number has been assigned to this action in the State Court. On November 23, 2010, service of the Summons and Complaint was made upon the Resident Agent of

NCI in Connecticut. A true and correct copy of all process, pleadings and orders served upon NCI are attached as "Exhibit A".

2. Removal of this case is timely as this notice is filed within thirty (30) days after service of the Summons and the Complaint on NCI. See 28 U.S.C. §1446(b).

## II. JURISDICTION

3. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331 (federal question jurisdiction).

4. NCI denies each and every substantive allegation made by the Plaintiff. However, because Plaintiff purports to assert claims arising out of the laws of the United States, this Court possesses jurisdiction over this matter pursuant to 28 U.S.C. §1331.1.

## III. FEDERAL QUESTION JURISDICTION

5. Plaintiff's Complaint purports to allege a violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq and Connecticut General Statutes §36a-800 et seq, §36a-645 et seq and §42-110a (the "Connecticut Statutes"). Plaintiff states in the Complaint that Plaintiff seeks relief under the FDCPA, 15 U.S.C. §1692 et seq. and the Connecticut Statutes and alleges in the Complaint that NCI violated the FDCPA and the Connecticut Statutes. (Exhibit A, pages 1-5, Complaint.).

6. To the extent Plaintiff attempts to state a claim under the FDCPA, this Court has jurisdiction under 28 U.S.C. §1331 (federal question jurisdiction). It is well recognized that actions filed in state courts that purport to state claims under the FDCPA

2

O'CONNELL, FLAHERTY & ATTMORE, L.L.C.
280 TRUMBULL STREET · HARTFORD, CONNECTICUT 06103-3598 · (860) 548-1300
JURIS NO. 104083 · FAX NO. (860) 548-0023

may be removed from state court to federal court. See, *Philbin v. Trans Union Corp.*, 101 F.3d 957 (3rd Cir. 1996); *Gray v. American Express Company*, 743 F.2d 10 (D.C. Cir. 1984). NCI denies Plaintiff can state a claim under the FDCPA.

### IV.   CONCLUSION

7.   A true and correct copy of this Notice of Removal has been filed with the State of Connecticut Superior Court, Judicial District of Stamford/Norwalk at Stamford, and served upon all counsel of record.

8.   NCI respectfully requests the opportunity to brief and argue before this Court any issues or questions concerning the removal of this case in the event remand is sought by Plaintiff or otherwise visited by this Court.

Wherefore, Defendant, Nationwide Credit, Inc. requests that the above referenced case now pending in State of Connecticut Superior Court, Judicial District of Stamford/Norwalk at Stamford be removed to the United States District Court for the District of Connecticut.

Dated: December 6, 2010                Respectfully submitted,

O'CONNELL, FLAHERTY &
ATTMORE, L.L.C.

By: _____
Attorney Claudia M. Sklar   (FBN#08246)
280 Trumbull Street, 23rd Fl.
Hartford, CT  06103
Phone: (860) 548-1300
Fax:    (860) 548-0023

3

O'CONNELL, FLAHERTY & ATTMORE, L.L.C.
280 TRUMBULL STREET · HARTFORD, CONNECTICUT 06103-3598 · (860) 548-1300
JURIS NO. 104083 · FAX NO. (860) 548-0023

Case 3:10-cv-01939-RNC   Document 1   Filed 12/10/10   Page 4 of 18

Email: csklar@ofalaw.com
www.ofalaw.com

O'CONNELL, FLAHERTY & ATTMORE, L.L.C.
280 TRUMBULL STREET · HARTFORD, CONNECTICUT 06103-3598 · (860) 548-1300
JURIS NO. 104083 · FAX NO. (860) 548-0023

Case 3:10-cv-01939-RNC   Document 1   Filed 12/10/10   Page 5 of 18

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of December, 2010, I served via USPS, first class mail, postage prepaid, a copy of the foregoing Notice of Removal by Nationwide Credit, Inc. with attachments to:

Attorney Theresa Rose DeGray
Consumer Legal Services, LLC
29 Soundview Road, Suite 11B
Guilford, CT  06437
*Attorney for Plaintiff*

By _____
Attorney Claudia M. Sklar  (FBN#08246)
280 Trumbull Street, 23rd Fl.
Hartford, CT  06103
Phone:  (860) 548-1300
Fax:     (860) 548-0023
Email: csklar@ofalaw.com
www.ofalaw.com

Case 3:10-cv-01939-RNC   Document 1   Filed 12/10/10   Page 6 of 18

# **EXHIBIT A**

O'CONNELL, FLAHERTY & ATTMORE, L.L.C.
280 TRUMBULL STREET · HARTFORD, CONNECTICUT 06103-3598 · (860) 548-1300
JURIS NO. 104083 · FAX NO. (860) 548-0023


**CT Corporation**

**Service of Process Transmittal**
11/23/2010
CT Log Number 517645113

**TO:** Lucrece Guy
OCWEN FINANCIAL CORPORATION
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

**RE:** Process Served in Connecticut

**FOR:** Nationwide Credit, Inc. (Domestic State: GA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Kimberly Collins, Pltf. vs. Nationwide Credit, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Complaint, Statement, Exhibit(s) |
| **COURT/AGENCY:** | Stamford/Norwalk at Stamford Superior Court Judicial District, CT<br>Case # None Specified |
| **NATURE OF ACTION:** | Monies Due and Owing - Violation of Fair Debt Collection Practices |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/23/2010 at 10:40 |
| **APPEARANCE OR ANSWER DUE:** | 12/21/10 - Summons // On or before the second day after the Return Date - File an Appearance form |
| **ATTORNEY(S) / SENDER(S):** | Theresa Rose Degray<br>Consumer Legal Services, LLC<br>29 Soundview Road, Suite 11B<br>Guilford, CT 06437<br>203-458-8200 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/23/2010, Expected Purge Date: 11/28/2010<br>Image SOP<br>Email Notification, lit- intake lit-intake@ocwen.com<br>Email Notification, Lucrece Guy lucrece.guy@ocwen.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Gary Scappini |
| **ADDRESS:** | One Corporate Center<br>Floor 11<br>Hartford, CT 06103-3220 |
| **TELEPHONE:** | 860-724-9044 |

Page 1 of 1 / MF

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# CONSUMER LEGAL SERVICES, LLC

SENT VIA FEDEX: 770-612-7399

November 18, 2010

Nationwide Credit, Inc.
2015 Vaughn Road NW, STE 400
Kennesaw, GA 30144

    Re:   Collins v. Nationwide Credit, Inc.

Dear Sir or Madam:

    Please be advised that this law firm represents Kimberly Collins. We believe your company has violated several sections of the Connecticut General Statutes and/or the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., with regard to your attempt to collect an alleged debt with American Express, account ending in -5006.

    Enclosed herewith please find a courtesy copy of the Writ, Summons, and Complaint which has not yet been filed with the Court.

    Please be further advised that if this matter should proceed through the legal process, our client would have the right to bring a lawsuit in State or Federal Court. Your company may then be required to pay attorney's fees, statutory and/or actual damages.

    If you are interested in a prompt settlement of this matter, please contact the undersigned attorney immediately. If we do not hear from you within a reasonable time, we will assume you are not interested in settlement and continue to pursue legal recourse accordingly.

                                        Sincerely,
                                        CONSUMER LEGAL SERVICES, LLC

                                        THERESA ROSE DEGRAY
                                        Attorney at Law

ATTEST:
A TRUE COPY

JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

---

**Theresa Rose DeGray**
Attorney at Law
Admitted in CT and MA

29 SOUNDVIEW ROAD, SUITE IIB • GUILFORD, CONNECTICUT 06437
PHONE (203) 458-8200 • FAX (203) 738-1062
E-MAIL: TRD@ConsumerLegalServicesLLC.com
www.ConsumerLegalServicesLLC.com

# SUMMONS - CIVIL
JD-CV-1 Rev. 10-08
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

## STATE OF CONNECTICUT
### SUPERIOR COURT
www.jud.ct.gov

See page 2 for instructions

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [X] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 123 Hoyt Street Stamford, 06905 | 203-965-5308 | 12 / 21 / 2010 |

| | | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|---|
| [X] Judicial District / [ ] Housing Session | G.A. Number: | Stamford | Major: M   Minor: 90 |

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip) | Juris number (to be entered by attorney only) |
|---|---|
| Consumer Legal Services, LLC, 29, Soundview Rd., Ste 11B., Guilford, 06437 | 430221 |

| Telephone number (with area code) | Signature of Plaintiff (if self-represented) |
|---|---|
| 203-458-8200 | |

Number of Plaintiffs: 1    Number of Defendants: 1    Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Collins, Kimberly<br>Address: 147 Highline Trail; Stamford, CT 06902 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: Nationwide Credit, Inc.<br>Address: 2015 Vaughn Road NW, STE 400; GA; 30144 | D-50 |
| Additional Defendant | Name:<br>Address: | D-51 |
| Additional Defendant | Name:<br>Address: | D-52 |
| Additional Defendant | Name:<br>Address: | D-53 |

## Notice to Each Defendant

1. YOU ARE BEING SUED. This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed (Sign and "X" proper box) | [X] Commissioner of the Superior Court / [ ] Assistant Clerk | Name of Person Signing at Left: Theresa Rose Nickols DeGray | Date signed: 11-18-10 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

File Date

ATTEST: A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date |
|---|---|---|

Name and address of person recognized to prosecute in the amount of $250
Ernest L. Nickols, Sr., 11 Beverly Place, Bridgeport, CT 06610

| Signed (Official taking recognizance; "X" proper box) | [ ] / [X] Commissioner of the Superior Court / Assistant Clerk | Date: 11-18-10 | Docket Number |
|---|---|---|---|

(Page 1 of 2)

Case 3:10-cv-01939-RNC   Document 1   Filed 12/10/10   Page 10 of 18

| | | |
|---|---|---|
| RETURN DATE: DECEMBER 21, 2010 | : | SUPERIOR COURT |
| COLLINS, KIMBERLY | : | J. D. OF STAMFORD-NORWALK |
| V. | : | AT STAMFORD |
| NATIONWIDE CREDIT, INC. | : | NOVEMBER 18, 2010 |

## COMPLAINT

**FIRST COUNT**

1. The Plaintiff seeks relief pursuant to the Connecticut General Statutes (C.G.S. § 36a-800 et seq., § 36a-645 et seq. and § 42-110a et seq.) and the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.).

2. The Court has jurisdiction pursuant to 15 U.S.C. § 1692K and 28 U.S.C. §§ 1331 and 1367.

3. The Plaintiff is a "consumer debtor" and/or "consumer" and/or "person" as defined by the Connecticut General Statutes (C.G.S. § 36a-800 et seq. and §42-110a (3)) and/or the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.), currently residing at 147 Highline Trail, Stamford, CT 06902.

4. The Defendant's business address is, Nationwide Credit, Inc. 2015 Vaughn Road NW, STE 400, Kennesaw, Georgia, 30144, and is a "debt collector" as defined by the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.) and a "consumer collection agency" and/or a "person" as defined by the Connecticut General Statutes (C.G.S. §36a-800 et seq. and §42-110a(3)).

5. At all times relevant herein, the Defendant has been engaged in the trade or commerce of providing debt collection services in the State of Connecticut.

6. On November 23, 2009, the Plaintiff received a dunning letter from the Defendant dated November 17, 2009, regarding an alleged debt owed by the Plaintiff to American Express; a copy of which is attached hereto as Exhibit A.

Case 3:10-cv-01939-RNC Document 1 Filed 12/10/10 Page 11 of 18

7. On November 24, 2009, the Plaintiff sent correspondence to the Defendant by facsimile for the following reasons: (a) to notify the Defendant that the Plaintiff disputed the alleged debt, and (b) to request from the Defendant information regarding the alleged debt; a copy of which is attached as Exhibit B along with the fax transmittal confirmation receipt therefor.

8. Pursuant to 15 U.S.C. § 1692g, the Defendant should then have ceased all collection of the alleged debt until such time as the Defendant provided to the Defendant verification of the debt.

9. However, on December 14, 2009 at 9:30 am, the Plaintiff alleges that the Plaintiff's parents received a phone call at their home from the Defendant and/or the Defendant's agent regarding the same debt allegedly owed by the Plaintiff to American Express.

10. The Defendant and/or its agent, violated 15 U.S.C. § 1692g by attempting to collect the alleged debt prior to providing the Defendant with verification of such debt.

**SECOND COUNT**

11. Counts 1-10 are hereby incorporated as Paragraphs 1-10 of the Second Count as though stated in full.

12. The Defendant and/or its agent in Paragraph 10, in allegedly calling the Plaintiff's parents, who do not reside at the Plaintiff's home, communicated with third parties and in doing so, engaged in conduct intended to harass, oppress and abuse the Plaintiff, in violation of 15 U.S.C. § 1692c(b) and § 1692d.

13. Any and all of the Defendant's acts, or omissions to act, averred in this complaint are harassing, oppressive, unfair, deceptive and/or unconscionable.

14. Any and all of the Defendant's acts, or omissions to act, averred in this complaint caused actual damage and/or ascertainable loss to the Plaintiff.

Case 3:10-cv-01939-RNC   Document 1   Filed 12/10/10   Page 12 of 18

15. All of the Defendant's acts, or omissions to act, averred in this complaint caused intentional infliction of emotional distress to the Plaintiff.

16. All of the Defendant's acts, or omissions to act, averred in this complaint caused negligent infliction of emotional distress to the Plaintiff.

17. The Defendant's acts, or omissions to act, violated the Connecticut General Statutes, CUTPA and/or the Fair Debt Collection Practices Act.

18. As a result of its acts, or omissions to act, the Defendant is liable to the Plaintiff pursuant to Connecticut General Statutes and/or the Fair Debt Collection Practices Act.

WHEREFORE, the Plaintiff claims:

1. Actual Money damages, pursuant to C.G.S. § 42-110g(a) in the amount of $5,000.00 or more, exclusive of interest and costs;
2. Ascertainable loss;
3. Punitive damages, pursuant to C.G.S. § 42-110g(a);
4. Statutory damages;
5. Attorneys fees and costs, pursuant to C.G.S. § 42-110g(d) and
6. Such other relief as the Court may find in law or equity.

THE PLAINTIFF
Kimberly Collins

By: _____
THERESA ROSE DEGRAY
Consumer Legal Services, LLC
29 Soundview Road, Suite 11B
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062
Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY

| | |
|---|---|
| RETURN DATE: DECEMBER 21, 2010 | : SUPERIOR COURT |
| COLLINS, KIMBERLY | : J. D. OF STAMFORD- |
| V. | : AT STAMFORD |
| NATIONWIDE CREDIT, INC. | : NOVEMBER 18, 2010 |

## STATEMENT RE: AMOUNT IN DEMAND

The Plaintiff in the above captioned matter claims an amount in excess of $2,500.00 against the Defendant.

                THE PLAINTIFF
                Kimberly Collins

By:

                THERESA ROSE DEGRAY
                Consumer Legal Services, LLC
                29 Soundview Road, Suite 11B
                Guilford, CT 06437
                Tel: 203-458-8200
                Fax: 203-738-1062
                Juris No.: 430221

ATTEST:
A TRUE COPY
JOSEPH MUSUMECI
CONNECTICUT MARSHAL
HARTFORD COUNTY



# NATIONWIDE CREDIT, INC.
4700 VESTAL PKWY E. VESTAL NY 13850-3770
1-888-724-7611

11/17/2009

RE: AMERICAN EXP TRAVEL RELATED SERV CO INC, ▓▓▓▓▓▓▓▓
BAL: $1,507.61

An opportunity to put your debt behind you
Call 1-888-724-7611

Since your outstanding balance with the above noted American Express account is past due, American Express referred it to our company. At NATIONWIDE CREDIT, INC., we know you want to put this debt behind you, so we ask that you remit payment in full of any undisputed amount, payable to American Express in the enclosed envelope. American Express authorized us to offer a range of payment options they created to assist you in the event you are unable to remit payment in full of any undisputed amount. Please call us toll free at 1-888-724-7611 so that we can help you take advantage of these options and work with you to create a workable solution.

**Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that the debt, or any portion thereof is disputed, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.**

The total account balance as of the date of this letter is shown above. Your account balance may increase due to interest or other charges, if so provided in your agreement with your creditor.

---

**PERSONAL AND CONFIDENTIAL**

PO BOX 740640
ATLANTA GA 30374-0640

FOR PROPER CREDIT TO YOUR ACCOUNT RETURN THIS STUB IN THE ENCLOSED ENVELOPE WITH YOUR CHECK OR MONEY ORDER. BE SURE THAT OUR NAME AND ADDRESS APPEARS IN THE WINDOW.
035/A01A/A01/11/17/2009

*09321108392*
KIMBERLY COLLINS
147 HIGHLINE TRL
STAMFORD CT  06902-1003

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

| RE: | AMERICAN EXP TRAVEL RELATED SERV CO INC 02120501D |
|---|---|
| ID NUMBER: | 09321108392 |
| ACCOUNT NO: | ▓▓▓▓▓▓▓▓ |
| BALANCE DUE: | $1,507.61 |
| AMOUNT ENCLOSED: | $ |

☐ Change of address: Print New Address on Back

NATIONWIDE CREDIT, INC.
PO BOX 740640
ATLANTA GA  30374-0640

**EXHIBIT A**
PAGE 1 of 2

## IMPORTANT NOTICES

Attorneys in this law firm are licensed to practice law only in those states listed on the reverse side of this letter.

**OFFICE HOURS:** Monday through Thursday 8:00 AM – 11:00 PM, Friday 8:00 AM – 6:00 PM, Saturday 8:00 AM – 1:00 PM. (All times are Eastern).

*We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law.*

**California** – The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

**California/Utah** – As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Colorado** – The following language is required by Colorado state law to be contained in the initial debt collection letter sent to Colorado residents:

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA
A CONSUMER HAS THE RIGHT TO REQUEST IN WRITING THAT A DEBT COLLECTOR OR COLLECTION AGENCY CEASE FURTHER COMMUNICATION WITH THE CONSUMER. A WRITTEN REQUEST TO CEASE COMMUNICATION WILL NOT PROHIBIT THE DEBT COLLECTOR OR COLLECTION AGENCY FROM TAKING ANY OTHER ACTION AUTHORIZED BY LAW TO COLLECT THE DEBT.

Colorado residents may contact our office by telephone at 800-370-2251 during the office hours stated above.

**Maine** – Maine residents may contact our office by telephone at 800-370-2251 during the office hours stated above.

**Massachusetts** – Massachusetts residents may contact our office by telephone at 800-370-2251 during the office hours stated above. The business address is: 80 Minuteman Road, Andover, Massachusetts 01810-1041. Massachusetts Law requires that we inform you:

### NOTICE OF IMPORTANT RIGHTS OF MASSACHUSETTS RESIDENTS

YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN (10) DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN (7) DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTION AGENCY.

To all consumers: Federal law or other state laws may also provide you with similar or even greater rights.

80 Minuteman Road, Andover, MA 01810     – New York City Department of Consumer Affairs License No. 1258252
2300 Litton Lane, Hebron, KY 41048     – New York City Department of Consumer Affairs License No. 1258254



EXHIBIT A
page 2 of 2

Kimberly Collins
147 Highline Trl
Stamford, CT 06902

November 24, 2009

To: Nationwide Credit, INC
Alleged Creditor: American Express
Alleged Account No.: 5006

Dear Sir:

I am in receipt of your letter and I do dispute the validity of the debt and ask that you please provide the following:

1) Original signed copy of the application
2) Terms of the agreement / Rights of the original creditor
3) Copies of all signed receipts
4) A breakdown of all the debt.

Upon receipt of the above I will review the information and advise.

Thank you for your attention to this matter.

Sincerely,

# Kimberly Collins



EXHIBIT B
PAGE 1 OF 2

HP Fax Series 900  
Plain Paper Fax/Copier

Fax History Report for

Nov 24 2009 9:43am

## Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Nov 24 | 9:42am | Sent | *6717706127399 | 0:55 | 1 | OK |

Result:  
OK - black and white fax

**EXHIBIT B**  
PAGE 2 OF 2