UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COLLINS, KIMBERLY
    Plaintiff,

V.                                     :      NO. 3:10-CV-1939-(RNC)

NATIONWIDE CREDIT, INC.          :      ~~JULY 12, 2011~~ December 28, 2011
    Defendant.

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without the payment of costs and/or attorney's fees by any party for all parties.

PLAINTIFF
Kimberly Collins

By: _____
THERESA ROSE DEGRAY
Consumer Legal Services, LLC
PO Box 474
Guilford, CT 06437
Tel: 203-458-8200
Fax: 203-738-1062

DEFENDANT
Nationwide Credit, Inc.

By: _____
CLAUDIA SKLAR
O'Connell Flaherty & Attmore LLC
280 Trumbull Street 23rd Floor
Hartford, CT 06103
Tel: 860-548-1300
Fax: 860-548-0023

## CERTIFICATION

I hereby certify that on ~~July , 201~~ December 28, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
THERESA ROSE DEGRAY